```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

KAREN SCHROCK                                          PLAINTIFF

        v.           Civil No. 09-6024

TERRELL B. ANTHONY                                     DEFENDANT

## ORDER

On the 27th day of July, 2010, this matter came on for trial to a duly selected jury consisting of eight members, the Honorable Robert T. Dawson presiding. The trial continued until July 29, 2010, when the case was submitted to the jury on interrogatories and a unanimous verdict was reached as follows:

INTERROGATORY NO. 1:

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THERE WAS NEGLIGENCE ON THE PART OF DEFENDANT WHICH WAS A PROXIMATE CAUSE OF ANY DAMAGES SUSTAINED BY PLAINTIFF?

_____   YES

___√____   NO

Based upon the answer to Interrogatory No. 1, the jury was instructed to disregard the remaining interrogatories.

IT IS ORDERED AND ADJUDGED in accordance with the answer to the above interrogatory and jury verdict, that Plaintiff take nothing on her complaint filed herein and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorney's fees.

Dated this 29th day of July 2010.

/s/Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge
